UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| JAMES HARTER )<br>    Plaintiff, )<br> ) <br>v. )<br> )<br>GC SERVICES LIMITED PARTNERSHIP,)<br>    Defendant, )<br> ) | Civil Action No. 4:13-cv-01478 |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  July 10, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

1

## **PROOF OF SERVICE**

      I hereby certify that on July 10, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                      /s/ Kevin V. K. Crick, Esq.