IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HARTER,<br>　　Plaintiff,<br><br>v.<br><br>GC SERVICES L.P.,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:13-cv-1434 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **August 30, 2013,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 11th day of **July, 2013.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2013\1478Conditional.wpd   130711.1427