UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| JAMES HARTER ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GC SERVICES LIMITED PARTNERSHIP,) <br>     Defendant, ) <br> ) | Civil Action No. 4:13-cv-01478 |

**STIPULATION OF DISMISSAL**

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff James Harter and GC Services Limited Partnership hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| JAMES HARTER | GC SERVICES LIMITED PARTNERSHIP |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Kevin V. K. Crick | /s/ William Scott Helfand |
| Kevin Crick, Esq. | William Scott Helfand, Esq. |
| BBO # 680950 | Kellen Ross Scott |
| Consumer Rights Law Firm, PLLC | Chamberlain Hrdlicka et al. |
| 231 Sutton St., Suite 1A | 1200 Smith |
| North Andover, Massachusetts, 01845 | Suite 1400 |
| Phone: (978) 420-4747 | Houston, Texas 77002-4401 |
| Fax: (978) 409-1846 | Phone: (713) 654-9630 |
| Email: kevinc@consumerlawfirmcenter.com | Fax:  (713) 658-2553 |
|  | bill.helfand@chamberlainlaw.com |

Dated: August 22, 2013

1

## PROOF OF SERVICE

We hereby certify that on August 22, 2013, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.

/s/ William Scott Helfand, Esq.

/s/ Kellen Ross Scott, Esq.